IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JEREMIAH EUGENE
BEAZLEY,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

        Appellant,

v.                                              CASE NO. 1D15-170

STATE OF FLORIDA,

        Appellee.

_____/

Opinion filed December 1, 2015.

An appeal from the Circuit Court for Bay County.
James B. Fensom, Judge.

Jeremiah Eugene Beazley, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Matthew Pavese, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

        AFFIRMED.

LEWIS, THOMAS, and ROWE, JJ., CONCUR.